AO 243 (Rev. 01/15)                                                                   Page 2

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District–Southern District of Indiana |
|---|---|

| Name *(under which you were convicted)*: Michael James Richardson | Docket or Case No.: 1:15-cr-00161-JMS |
|---|---|

| Place of Confinement: U.S. Penitentiary Tucson | Prisoner No.: 41001-013 |
|---|---|

| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
|---|---|
| v. | MICHAEL JAMES RICHARDSON |

**MOTION**   1:17-cv-4472 JMS-DML

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court for the Southern District of Indiana, Indianapolis Division - U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN

   (b) Criminal docket or case number (if you know): S.D. Ind. No. 1:15-cr-00161-JMS

2. (a) Date of the judgment of conviction (if you know): November 7, 2016

   (b) Date of sentencing: October 28, 2017

3. Length of sentence: 480 months (Counts 1,2 & 3: 360 mos. concurrent; Count 4: 120 mos. consecutive)

4. Nature of crime (all counts):

   Counts 1-3: Sexual exploitation of a minor in violation of 18 U.S.C. §2251(a)

   Count 4: Conspiracy to receive and distribute sexually explicit images of a minor in violation of 18 U.S.C. §2252A(a)(2)

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐     (2) Guilty ☒     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   Defendant entered a guilty plea as to all counts.

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☐     Judge only ☐
   Not applicable

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     Yes ☒     No ☐

8. Did you appeal from the judgment of conviction?     Yes ☐     No ☒

AO 243 (Rev. 01/15)                                                                                    Page 3

9.    If you did appeal, answer the following:  `Defendant did not file a direct appeal.`

    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised:




    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

       If "Yes," answer the following:

       (1) Docket or case number (if you know): _____

       (2) Result: _____

       (3) Date of result (if you know): _____

       (4) Citation to the case (if you know): _____

       (5) Grounds raised:




10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

    Yes ☐   No ☒

11.   If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court: _____

       (2) Docket or case number (if you know): _____

       (3) Date of filing (if you know): _____

       (4)  Nature of the proceeding: _____

       (5)  Grounds raised: _____

Not applicable

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7)   Result:

(8)   Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1)   Name of court:

(2)   Docket of case number (if you know):

(3)   Date of filing (if you know):

(4)   Nature of the proceeding:

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7)   Result:

(8)   Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:        Yes ☐        No ☐

(2)   Second petition:     Yes ☐        No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

AO 243 (Rev. 01/15)

**GROUND ONE:** Please see Defendant's concurrently filed Supplement to Motion to Vacate, Set Aside, or Correct a Sentence for a list of all grounds and supporting facts.

    (a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Defendant did not file a direct appeal.

    (b)  **Direct Appeal of Ground One:**

        (1)  If you appealed from the judgment of conviction, did you raise this issue?

            Yes ☐      No ☐

        (2)  If you did not raise this issue in your direct appeal, explain why:

Other than this motion, there have been no postconviction proceedings in this matter.

    (c)  **Post-Conviction Proceedings:**

        (1)  Did you raise this issue in any post-conviction motion, petition, or application?

            Yes ☐      No ☐

        (2)  If you answer to Question (c)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed:

        Docket or case number (if you know): _____

        Date of the court's decision: _____

        Result (attach a copy of the court's opinion or order, if available):

        (3)  Did you receive a hearing on your motion, petition, or application?

            Yes ☐      No ☐

        (4)  Did you appeal from the denial of your motion, petition, or application?

            Yes ☐      No ☐

        (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

            Yes ☐      No ☐

AO 243 (Rev. 01/15)                                                                                                    Page 6

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:**  `Please see concurrently filed supplement to this motion.`

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b)  **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

AO 243 (Rev. 01/15)

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐       No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐       No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐       No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**   Please see concurrently filed supplement to this motion.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

AO 243 (Rev. 01/15)

(b) **Direct Appeal of Ground Three:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue?

          Yes ☐     No ☐

    (2)   If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1)   Did you raise this issue in any post-conviction motion, petition, or application?

          Yes ☐     No ☐

    (2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

    (3)   Did you receive a hearing on your motion, petition, or application?

          Yes ☐     No ☐

    (4)   Did you appeal from the denial of your motion, petition, or application?

          Yes ☐     No ☐

    (5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

          Yes ☐     No ☐

    (6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue:

**GROUND FOUR:**   Please see concurrently filed supplement to this motion.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

No ground raised in this motion has been previously presented in any court. Failure to raise these grounds and failure to file a direct appeal were due to ineffective assistance of counsel and/or lack of knowledge of the factual and legal bases of the grounds and/or due to severe mental illness.

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☒          No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

Concurrently with this motion and in the same case and court, Defendant has filed motions for copies of documents and to seal all filings in this case.

AO 243 (Rev. 01/15)                                                                                    Page 11

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing: (Preliminary hearing waived by and through counsel)
Belle T. Choate, Esq. - 6325 Guilford Ave., Suite 203, Indianapolis, IN 46220

(b) At the arraignment and plea:
Same attorney and address as above.

(c) At the trial:
Defendant did not proceed to trial.

(d) At sentencing:
Same attorney and address as (a) and (b).

(e) On appeal:
Defendant did not file a direct appeal.

(f) In any post-conviction proceeding:
Defendant has not initiated any other postconviction proceedings.

(g) On appeal from any ruling against you in a post-conviction proceeding:

See (f), above.

16.   Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?          Yes ☒          No ☐

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ☐          No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:



(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?          Yes ☐          No ☐

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This motion is filed within one year of the judgment of conviction becoming final, per the "prison mailbox rule" set forth in Houston v. Lack, 487 U.S. 266 (1988). See filing certification on page 13 of this form.

Page 12 of this form is intentionally omitted--no content appears on it.

AO 243 (Rev. 01/15)                                                                 Page 13

Therefore, movant asks that the Court grant the following relief:

> Please see the prayer for relief in my concurrently filed
> supplement to this form motion.

or any other relief to which movant may be entitled.

None
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on   November 22, 2017

(month, date, year)

Executed (signed) on   November 22, 2017   (date)

_Michael J. Richardson_
Signature of Movant
Michael Richardson
Pro Se

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.