## DECLARATION OF MICHAEL RICHARDSON IN SUPPORT OF
## MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

I, Michael Richardson, declare:

1.  My name is Michael James Richardson and I am currently an inmate at the U.S. Penitentiary Tucson.

2.  I am submitting this declaration to explain how there were serious problems with my conviction and sentence for distribution of sexually explicit images of a minor and sexual exploitation of a minor. Many of these problems have to do with my history of severe mental illness and institutionalization (including previous decisions that I was incompetent to stand trial), acute symptoms of depression and psychosis I suffered while my case was unforlding, and the fact that my lawyer didn't investigate any of these circumstances or bring them to the court's attention.

3.  My illness took away my ability to make rational and informed decisions about my case. If I had not been ill, I never would have pleaded guilty. This is especially true because the plea deal I ultimately signed required me to "admit" facts that were not true. I protested this at the time, but I just wanted to die anyhow and believed due to my illness that I deserved any bad thing that happened to me. So nothing really mattered and I just went along with what everybody seemed to want me to do.

4.  Besides my mental illness, I think there were serious problems with the way the police searched me, brought me in and questioned me. They lied to me and told me things like that their warrant required me to unlock my smartphone and give them other passwords.

Exhibit A                              -1-

They convinced me that as long as I cooperated with them, I would be allowed to leave. Once it became clear that I wouldn't be leaving, they told me that anything I said to them would help me and that it would look good later to the judge if I cooperated.

5. There may also have been some problems with the procedures used to convict me, due mostly to my lawyer's failure to explain things to me and act as my advocate. I cannot remember a lot of detail about everything that was said to me in court and what rights I gave up. All that I remember was my impression that non of it mattered or courld help me or even applied to me. That was due in part to my mental illness, but I also think that if things had been explained to me better, I never would have agreed to plead guilty or give up so many of my rights.

6. I also don't think that my sentence was correct or reached by a process that was fair to me under the circumstances. This is particularly true because information that wasn't true was used to enhance my sentence. I don't think my lawyer made all of the objections she should have made to my pre-sentencing report, and I'm not even sure that what objections she did make were considered since she submitted our response so long after the court's deadline. My lawyer also left me with the impression that I was not allowed to appeal either my conviction or my sentence, and I am not sure whether that is true.

7. There could be other details I am not remembering or things that I am misremembering, so I really need to see the records of my case to put all of the pieces together. I will go through

existing records to find out all that I can, but after that I may still need to ask the court to order the government to turn over certain records. For that reason I need to ask the court to wait to take any action on my §2255 motion until after I have had a chance to receive from the court all the documents filed in my case.

My Mental Health History

8.   I have a long history of severe mental health problems. My memories of my childhood years are not very exact, but I think things started to get bad when I was around 9 or 10 years old. I would feel really paranoid sometimes for no real reason, like a trapped animal. I was also under a lot of pressure because my step-mother was phsyically and verbally abusive toward me. If you have never been cornered, physically overpowered and beaten again and again by someone you live with, someone you can't avoid, I don't think I can explain how frightening and awful it feels. But the verbal abuse was even worse, because it gets into your head and stays with you even after the physical injuries have healed. I don't know if the abuse is the only reason I've had such poor mental health all these years, but it certainly didn't help matters.

9.   There was a counselor at my elementary/junior high school names Ms. Buquoi who figured out I was having serious problems. Eventually I told her about the abuse. Nowadays, if I'd gone to school with the sort of bruises and other signs of abuse I had, I'm sure my family automatically would have been reported

to social services. But back in the early 1980s it didn't work that way. The counselors could only help by having me attend mental health groups and not by arranging for outside intervention.

10. Those programs seemed to help me and I attended the groups regularly. But my family went ballistic when they found out I was attending—especially my step-mother— because they were worried that I would talk about the abuse and get them in trouble. So they made me quit the groups, and I had nobody to turn to for help anymore.

11. When I was about 10 or 11, I started seeing things and talking to people who were not really there. I figured out pretty quickly that this was something I needed to hide. But I have talked to a number of psychologists about it over the years and I'm sure it should be in their records. I still don't like to talk about it, because I don't want people to think I'm crazy. I know the stereotype is that people accused of crimes act like they are crazy so they can avoid responsibility or get sympathy. But the truth is that when you really have these problems, you try to pretend to everybody that you don't. I guess you are more worried about being labeled "crazy" when you are afraid it might be true. And you just want to be accepted, so you learn to hide it whenever you can. Of course, sometimes things get so bad that you can't hide it. But for much of the time you manage to show the workd a normal face even when inside you are feeling anything but normal.

12. I had many hallucinations, some that changed over time and

-4-

some that stayed the same or had similar themes. In particular, there were two people I would see and talk to, a boy and girl around my own age named Walter and Abigail. Walter is a quiet boy and Abigail is bossy but sweet. Both appear to me dressed as if they are from the 1700s or 1800s. And they have stayed the same age and appearance as I got older, though nowadays I experience them mostly as voices or presences rather than as full visual hallucinations.

13. Walter and Abigail come to me usually when I am alone and most often in the evening and at night, or at times when I am under great stress. They comment on things that are going on with me and give advice— not in a way where I absolutely have to do what they say, but in a way where they can convince me something is true. Sometimes it helps. Like once I witnessed a bad car accident, and when I went to check on the victims, Abigail was at my side telling me that I needed to keep the injured driver from moving her neck much until the paramedics arrived, because she might have a serious spinal injury. Other times, their advice might cause me to do something I shouldn't. For example, once they convinced me that my parole officer was out to kill me and that I needed to run away to save myself.

14. There are other things I saw that scared me, especially at night. The worst were demonic shapes, things that looked as if the fires of hell had opened up right in front of me. I suppose it is like a waking nightmare, but there is nothing to tell you that it isn't real. It is absolutely terrifying.

15. I also experience voices. Not necessarily of a specific persona, like Walter or Abigail, just more general. Especially when I am going through a depression, they are sharply critical and condemning of me, and leave me with no hope for myself or anything else. It is like a chorus of several people following around at your back, always telling you what an awful person you are, how you are so dumb and deserve to have bad things happen to you. It really wears me down, even during those times when I am able to understand and remember that it isn't real.

16. When I was around 15 or 16, I had a severe mental breakdown. There was a period when I had a strong anxiety, but it was a good anxiety, like big things were going to happen but good things. I had an expansive feeling like the world was a great place and I was part of it all. And then I crashed. I went into a deep depression. I had to go to the hospital because I was thinking about suicide all of the time. I remember that from about March to July of 1991, I went to a place called Greenwell Springs. I was actually at one inpatient facility or another for a majority of the time between ages 16 and 18. Things got so bad that I attempted suicide a few times. But when you're depressed, it is actually not very easy to commit suicide— luckily I suppose. You really want to die, to just disappear, but it takes a lot of wherewithal to actually make it happen. And when you're really depressed, you don't have the will power to do much of anything. So you end up feeling even worse, like there's nothing you can do right, you're too weak and cowardly even to be able to kill yourself.

-6-

17. Besides the depression and the manic episodes and the anxiety and the hallucinations and voices, I also had some behavioral issues, what would later be diagnosed as borderline personality disorder. Sometimes I switch very quickly from one mood or persona to another. It's not like someone with multiple personalities, where one personality doesn't necessarily know what another is doing. It's all me, I'm just different at different times and it can change very quickly. So I might get angry or sad at the drop of a hat and not always for any particular reason.

18. I had some legal troubles when I was younger, before this case. They weren't all because of my mental health problems, but that was certainly part of it. In 1993, when I was 18, I was charged with unauthorized entry into an inhabited dwelling and contributing to the delinquency of a minor. A judge found that I wasn't competent to stand trial and sent me to the Feliciana Forensic Facility for treatment. I was there for about three to six months. After I had received medication and counseling for a while, they said I was well enough to be sentenced. While I was there, I was diagnosed with bipolar disorder, generalized anxiety disorder and borderline personality disorder.

19. In the years after that, I had some more legal problems, and the biggest one was directly caused by my mental health. As I mentioned earlier, I became convinced that my parole officer was going to kill me and I had to get away. I understand now that this was a delusional belief. But it was very real to me at the time and it was reinforced by Abigail talking to me and

telling me I had to get away.

20. In the 2000s and into the 2010s I continued to have mental health symptoms. Some things got better, for example, the visual hallucinations were less vivid and less frequent. But mostly the symptoms stayed the same and I just learned to cope with them better. Or maybe I should say that I learned to "fake it" better, to seem to others like I was a well-functioning adult even though I wasn't really. I couldn't keep this front up forever so I would break down periodically, lose my job, lose my relationships and have to start over in a new place.

21. I took psychiatric medications on and off through this period, though after some time I stopped seeking treatment even though I still needed it. The antipsychotics knocked me out and made it harder to work or do anything else. So I didn't take those as regularly as I should. And some of the other drugs made me feel strange or had other side effects. I tended to take things for a while until I felt better. And then I felt like I was well enough that I didn't need to take anything, so I'd stop or jsut not go to the trouble to renew the drugs. I realize now that it was probably the drugs that made me feel well enough to make me think that I didn't need drugs anymore. But that is a difficult insight to have, because it is not obvious how the drugs are working when you take them (other than the negative side effects). Nobody wants to feel like they are crazy, and having to rely on psychiatric drugs makes you feel that way. So I went off them when I felt like I could. Not the best judgment,

but since it is your mind itself that the illnesses are attacking, it's hard to have good judgment about those things.

22. I do believe my mental health had something to do with the charges against me. And it definitely was responsible for the very poor state I was in while I was in detention for my case and my choice to give up and plead guilty (which I talk about more below). But my lawyer never talked with me much about my mental health. I did tell her about my history of problems, but she didn't seem to think it was important or relevant. And she never really asked except in a superficial way about how I was doing during the course of my criminal proceedings. It's hard to just come out and tell someone "I'm hearing voices" or "I want to die." But if she had asked me more about my health, I would have told her.

The Search of my Home and FBI Interrogation

23. In March of 2015, two police officers approached me near the door to my house as I was leaving. They asked me my name and made me turn around while they frisked me. Then one of the officers waved his hand in the air, and all hell broke loose. Officers in riot gear appeared seemingly from everywhere and came charging toward my house, at least twenty of them. Several had military-style sub-machine guns drawn and pointed at me. Quite a few were wearing face masks and Kevlar helmets. It was like a scene out of a movie, like a small army of DEA agents raiding some drug kingpin's well-defended compound. I was scared out of my mind.

24. The officers and agents spread out into my house and started going through everything. They made me go back into the house and told me they had a warrant to search. I had no idea what it was about then, but apparently there was a computer on my network connection that was accessing child pornography. The agents wouldn't show me a copy of the warrant when I asked. But they told me they had to take pictures of me naked. They required me to strip down in front of everybody while they took photos of me nude, including close-ups of my genitals.

25. The search lasted a while and the agents kept me under guard. There were officers there from several different agencies. Most of them didn't talk to me, but a few of them started asking questions. I remember asking one of them if I should talk to a lawyer, and he just told me that I wasn't being arrested. But they wouldn't let me go anywhere. I wanted to go talk to an attorney to find out what was going on and what I should do. But the agents would not let me leave and said I had to talk to them before I did anything else.

26. The agents said words as close as I can remember to "you're not under arrest, but you can't leave. You have two choices: we can keep all these officers here with your neighbors watching and talk to you in the house, or we can go someplace more private and talk to you there." I was embarassed about everything that was happening and I didn't want my family to come to that, so I agreed to go with them, to get the police out of there sooner like they said they would be.

27. The agents took me out of the house in handcuffes. They told me I had to be in handcuffs for "adminsitrative reasons" during the trip to the FBI office. Once I arrived, they took me to a room and started asking me questions. They did not tell me I had a right to be silent or not to talk to them. At first they acted like everything was no big deal and they just needed to clear a few things up. They said something similar to "before you go home, you just need to tell us about a few things." Besides their words, their tone and demeanor made it clear that as long as I cooperated, everything would be find. If not, then there would be problems for me.

28. At some point in the questioning they asked me to sign a form or maybe a couple of them. They treated it like a formality and said words like "this is just something you need to sign so that you can cooperate with us and tell your side of the story." They made it clear through their comments and demeanor that choosing not to cooperate would be a dumb choice and that I would be under arrest in that case.

29. I asked again at one point whether I needed a lawyer. One of them answered "that's up to you, but you're not under arrest right now." They communicated that I would just be being difficult if I insisted on talking to an attorney, that it wasn't necessary and that it would not be well taken if my cooperation came to an end. I do hope there is a video tape of the interrogation, as there was a lot of communication that was nonverbal and not a matter of words only. But they made their message clear to me.

29. The FBI agents had me in the office more or less all day. I was definitely not free to end the interview and leave. They told me some things that I'm pretty sure were lies, like that the warrant they had required me to unlock my phone so they could go through it and to give them other passwords. I believed them and complied. After a while it became obvious to me that I was not going to be going home that day after all. They switched gears and acknowledged that yes, I was in some trouble, but the best thing I could do for myself was to continue cooperating with them. One of them said it would look good to the judge in my case. When I seemed reluctant to tell them something, they would say "look, you've already told us enough that we're going to find out about everything anyhow, so the best thing is to just get it all out into the open." I think they might have said something like that around the time I signed their papers, because I remember thinking "well if I don't sign this I'm just going to get arrested, and it doesn't really matter anyhow because I've told them so much already."

30. After that I was formally arrested, and what happened from there was a blur of jail transfers and court appearances. It was a huge shock to my system. My mental health had been about average for me before that, but it took a nose dive after. I just wanted to die, and I was put on suicide watch at the detention center. Which really just makes things worse, because they take nearly all of your property away, isolate you and take away your privileges. You have nothing to do but sit there and think about your situation. It's almost like they make it a penalty in order

to dissuade any malingerers who are just doing it to get attention or some other benefit. So even when you really need it, you learn not to ask for help or say too much about how you are doing.

31. I ended up at a federal detention facility in Kentucky. I was put into a 10-man cell with 13 other inmates. It was awful. There were loud noises and disturbances almost around the clock. The TV was blaring most of the time. Some other inmates were very mentally ill and couldn't keep it inside, so they made life hard for others. I was locked in almost 24 hours a day. In theory, we were allowed out into a cage for "recreation" three hours per week, but they almost always called it late at night. The food was terrible though I didn't feel like eating anyhow much of the time. The cell was dark and they told us we weren't allowed to stand near or look out the one window. The only place we had any sort of privacy was the shower. So I would go there and cry and cry.

32. If you were going to design an environment to create a psychological breakdown, that cell would have been it. Almost all my worst symptoms came back to me. I wanted to die, to disappear. I was anxious, depressed and agitated in turns. The voices came back to me, especially at night, telling me I was worthless, a monster, that it would be better if I died. If I could have wished myself out of existence, I would have. But I was too fearful to actually do what it would take to kill myself.

33. Not long after I got to the detention center, I met with my long-term lawyer for the case, Belle Choate. The only times I would meet her in person would be when they brought me five hours

from Kentucky to the courthouse in Indianapolis. Everything around that time is a blur because of my mental state, but the court days were especially bad. They wake you up at 2AM in the morning to go through a process to shackle you and move you to the transport vehicle, where you ride for about five hours in an uncomfortable position and eventually arrive at a holding cell in court. There is a lot of waiting around in between, and the whole process is disorienting and a little surreal. Then suddenly you're in court for what seems like a few moments, like being on stage with a spotlight on you. You say "yes, your honor" or "no, your honor" and do whatever it seems like is expected of you to get through it, and then it's over before you know what happened. At least that's how I experienced it.

34. My lawyer would meet with me before court, but she often seemed like she was rushing to something else, like what she really needed was to be somewhere else getting ready for court. But she didn't seem bad at the time. She didn't ask me many questions about the search of my home or my seizure and interrogation by the agents, but I didn't know that she was supposed to. She didn't ask more than perfunctory questions about my mental health then or in my past. So I assumed it wasn't important. I would have been nice if someone had looked me in the eye and asked "Michael, how are you really doing?" A lot would have come out. But the signals I got from her were that she was there to work on my case, and my ongoing mental health crisis was not relevant to the case. So I kept it inside.

35. There were different times when my lawyer asked me to waive

-14-

various rights or say certain things in court. I don't remember how she explained things, but she made it all seem like normal part of the process. I was really in too poor a mental state to care about anything anyhow. There were a few days when I was feeling well enough to care at least a little about how things were going. I asked her to give me some documents from my case so I could look into things. But she only ever gave me a few papers.

36. To be fair, I did tell my lawyer that I wanted to do a plea bargain. But I also told her I wanted to get the best deal possible. The first offers she told me about seemed unreasonable, so I told her to keep trying. What really upset me is that the prosecution wanted me to admit to things that were not true. That actually bothered me more than the particular amount of time attached to the deal. I was too far gone psychologically to care what happened to me. But I knew what was true and what wasn't, and it seemed wrong to me that I should have to put my name to something false. But my lawyer told me that was exactly what I would have to do. She said I could take the deal or leave it, but the prosecutor would not change it.

37. I was in psychological agaony by that point. I wanted out of that overcrowded cell and away from those people. I was worn out and worn down, I wanted things to be over, and I didn't care about myself enough to think it mattered anyhow. So I took the deal.

38. If I had been in a healthy state of mind, I can't say for sure how much time in prison I would or would not have accepted.

But I can say that there is no way I would have signed a deal requiring me to say I did things that I didn't. That is the kind of thing I would go to trial over, because it's just wrong to make someone admit to things that they never did.

39. I endured through the rest of the process, still really just sleep-walking through it all. The sentencing phase seemed like the time to try to explain my life and all of the problems I had leading up to this. I wrote out some things for my lawyer to look into, but it seems like all she did was send the letter on to the probation officer without investigating anything herself.

40. I was surprised about how long my sentence was and angry that parts of it were based on things that never happened. But it was like the voices were telling me almost every night: I was a terrible person, worthless, I deserved to have bad things happen to me. I don't have a specific memory of my attorney talking to me about appeal rights. But the general impression she gave me was that the plea deal blocked me from filing any sort of appeal.

41. It was not until I got to prison and my mental health took a turn for the better that I started to think rationally about everything that had happened. I learned some things about criminal process. And there was a lot about my case that didn't add up. But at very least, I believe it would be only fair to give me a chance to bring my case again because of my severely compromised mental state throughout most of the proceedings. I hope you can give me that opportunity.

I, Michael Richardson, swear under penalty of perjury that the

foregoing information is true and correct.

Dated: November 22, 2017              Signed: *Michael J. Richardson*
                                              Michael Richardson