Michael Richardson, Reg. No. 41001-013
Name and Prisoner/Booking Number

U.S. Penitentiary Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

17 DEC -1 PM 3:50

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

1:17-cv-4472 JMS-DML

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTHERN DISTRICT OF INDIANA
### (INDIANAPOLIS)

United States of America )
  Plaintiff, ) CASE NO. 1:15-cr-00161-JMS
)
vs. )
)
Michael Richardson )   APPLICATION TO PROCEED
  Defendant. )   *IN FORMA PAUPERIS*
)   BY A PRISONER
)   (HABEAS)

I, Michael Richardson, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?  [X] Yes  [ ] No
   If "Yes," state the amount of your pay and where you work. $0.17¢ per hour for up to 159 hrs per month.

2. Do you receive any other payments from the institution where you are confined?  [ ] Yes  [X] No
   If "Yes," state the source and amount of the payments.

98-ifphab
Revised 6/98

1

3.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐ Yes   ☒ No

If "Yes," state the sources and amounts of the income, savings, or assets. _____

_____

I declare under penalty of perjury that the above information is true and correct.

___11-13-2017___   ___*Michael S. Richardson*___
DATE   SIGNATURE OF APPLICANT
   Michael Richardson

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, ___R. Diaz___, certify that as of the date applicant signed this application:
   (Printed name of official)

The applicant's trust account balance at this institution is: $ _Current $.80 / 6month 207.06_

___11-14-17___   ___[signature]___   ___osc___   ___U.S. Penitentiary Tucson___
DATE   AUTHORIZED SIGNATURE   TITLE/ID NUMBER   INSTITUTION

2