## DEFENDANT'S DECLARATION IN SUPPORT OF MOTION FOR
## COPY OF CASE FILE AND TRANSCRIPTS

I, Michael Richardson, declare:

1. My name is Michael James Richardson and I am currently an inmate at the U.S. Penitentiary Tucson.

2. I am indigent and do not have any way to pay court fees or costs. I have about $30 on my inmate account that I earned from working in the kitchen here. I need this money to buy things like paper, typewriter ribbon and copies for my court papers as well as basic toiletries and over-the-counter medicines.

3. I do not have any visitors or family I am in contact with who can send money to help pay court fees or costs. I also do not have anybody outside prison who can access court records on the Internet and print them out for me. And I think that even if I did, they would not be able to access some of the documents because they were sealed by the court.

4. I have made efforts to obtain my case records from my former appointed attorney, Belle Choate. Between January of 2017 and the present, I have written her seven times asking for copies of my case file. Initially, she responded that she had already provided me with copies of all court documents and discovery materials while she was representing me. I informed her that the only documents I received from her during the representation were some search warrants, possibly some of the charging papers, the plea agreement and the pre-sentencing report. I explained to her that I was not

-1-

      allowed to retain any of these documents when I was transferred from the holding facility to Pureau of Prisons custody.

5. On July 7, 2017, Ms. Choate advised me in a letter that she would retrieve my case file from storage and "forward everything I have to you for your consideration." On August 16, 2017, Ms. Choate sent me a printout of the docket index in my case instead of my full case file as she had promised in July. She reasserted that "all of the documents referred to and referenced in this docket have been provided to you," although I had already explained several times that they had not been, and that in any event, I had not been allowed to keep even the few documents I had been provided before I was transferred to Bureau of Prisons custody.

6. Other than receiving them directly from the court, I have exhausted all possible sources of my case records.

7. I need my case records in order to support my motion to vacate, set aside or correct my sentence under 28 U.S.C. §2255. The performance of my attorney and my conduct during proceedings is relevant to that motion and will be reflected by the documents I have requested. The particular grounds of my motion are discussed in more detail in the motion itself and the supporting declaration.

8. With regard to transcripts, I need a transcript of my 10/28/2016 sentencing hearing because it will reflect the performance of my attorney (such as whether she objected to sentencing enhancements), the court's ruling on any objections and my conduct during the hearing. I need a transcript of my

6/9/2016 Plea Agreement Hearing because it will reflect the performance of my attorney and is evidence of whether my guilty plea was knowing and voluntary. I need a transcript of my 9/11/2015 Initial Appearance on Information because it will include evidence of how my rights were explained to me, of my waiver of certain rights that I don't think I understood then and of my attorney's performance during the hearing.

9. I believe that each of the documents and transcripts I have requested is material to my §2255 motion and that my pursuit of relief will be prejudiced without them.

I, Michael Richardson, declare under penalty of perjury that the foregoing information is true and correct.

Dated: 11-13-2017          Signed: *Michael J. Richardson*
                                    Michael Richardson