UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:15-cr-00161-JMS |
| Plaintiff-Respondent, ) | (criminal file) |
| ) | |
| v. ) | |
| ) | No. _____ |
| MICHAEL RICHARDSON, ) | (§2255 civil file) |
| ) | |
| Defendant-Movant ) | |

ORDER  1:17-cv-4472 JMS -DML

On this day, the Court considered the Defendant-Movant's Motion to Seal Case and/or Filing. After due consideration, the Court is of the opinion that Defendant-Movant's motion should be granted and the following findings and orders issued.

The Court finds that Defendant-Movant's motion asserts over-riding interests of privacy and justice that are likely to be prejudiced by publication of the documents requested to be sealed. The Court further finds that the proposed sealing is no broader than necessary to protect the asserted interests and that no reasonable alternative to sealing exists that will adequately protect those interests. Accordingly, this limited departure from the background rule of public access to court documents is appropriate. See Waller v. Georgia, 467 U.S. 39, 48 (1984).

THEREFORE IT IS ORDERED that Defendant-Movant's Motion to Vacate, Set Aside or Correct Sentence and Motion to Seal Case and/or Filing, and all supporting documents filed therewith, be filed under seal by the Clerk.

IT IS FURTHER ORDERED that all future documents submitted

in Defendant's 28 U.S.C. §2255 matter be filed under seal until such time that the Court directs otherwise.

    IT IS SO ORDERED.

Dated:_____  Signed:_____

                                            _____, Judge
                                        United States District Court
                                        Southern District of Indiana
                                        Indianapolis Division