UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL JAMES RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:17-cv-04472-JMS-DML |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ENTRY**

The motion for leave to proceed *in forma pauperis*, dkt [3], is **denied** as unnecessary. There is no filing fee associated with this civil action.

The motion to seal case, dkt [5], is **denied.** The petitioner should follow Rule 5.2 of the Federal Rules of Civil Procedure in all future filings. In particular, the names of minors should not be used, only their initials.

The **clerk is directed** to unseal this civil action and all of its filings. In the future, if there is a particular document that requires redaction or needs to be sealed, the petitioner may file a motion to seal that particular document. This case, however, shall remain unsealed.

The **clerk is directed** to show this civil action as linked to case number 1:15-cr-161-JMS-TAB-1 on the docket. This Entry resolves the motion pending at docket 68 in 1:15-cr-161-JMS-TAB-1.

**IT IS SO ORDERED.**

Date: 12/12/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

MICHAEL JAMES RICHARDSON
41001-013
UNITED STATES PENITENTIARY TUCSON
P.O. Box 24550
Tucson, AZ 85734