UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL JAMES RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:17-cv-04472-JMS-DML |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**Order to Show Cause**

1. The **clerk shall forward** a copy of this Entry to the United States Attorney for this District. The United States is **notified** of the filing of the petitioner's motion for relief and memorandum in support pursuant to 28 U.S.C. § 2255.

2. The United States shall have **forty-two (42) calendar days** in which to answer the allegations of the motion for relief pursuant to 28 U.S.C. § 2255, and the petitioner shall have **twenty-eight (28) calendar days** after service of the answer in which to reply.

3. If the United States' answer refers to briefs, filings, or transcripts of the prior proceedings that are not available in the Court's electronic records, the United States is directed to furnish them along with its answer. *See* Rule 5(c) of the Rules Governing Section 2255 Proceedings. Any motion for an extension of time to file an answer should include a statement notifying the Court whether and when a request for production of transcripts has been made to the court reporter.

**IT IS SO ORDERED.**

Date: 12/12/2017

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

MICHAEL JAMES RICHARDSON
41001-013
UNITED STATES PENITENTIARY TUCSON
P.O. Box 24550
Tucson, AZ 85734