UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Cause No. 1:17-cv-04472-JMS-DML |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by James R. Wood, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the Respondent.

                        Respectfully submitted,

                        JOSH J. MINKLER
                        United States Attorney

By:   s/ James R. Wood
        James R. Wood
        Assistant United States Attorney
        Office of the United States Attorney
        10 W. Market St., Suite 2100
        Indianapolis, Indiana 46204-3048
        Telephone: (317) 226-6333
        Fax: (317) 226-6125
        E-mail: Bob.Wood@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 16, 2018, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Michael James Richardson
Reg. No. 41001-013
USP - Tucson
Inmate Mail/Parcels
P.O. Box 24550
Tucson, AZ   85734

By:   s/ James R. Wood
James R. Wood
Assistant United States Attorney