UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Cause No. 1:17-cv-04472-JMS-DML |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondent, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and James R. Wood, Assistant United States Attorney, moves for an extension of time of forty-five (45) days, to and including March 9, 2018, to respond to Petitioner Richardson's motion pursuant to 28 U.S.C. § 2255.

In support of its motion, the Respondent advises as follows:

1. On December 1, 2017, Richardson filed a filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (Dkts. 1-2.)

2. On December 12, 2017, this Court ordered the United States to answer the allegations of his § 2255 motion. (Dkt. 7.)

3. Counsel for the Respondent is working diligently to respond to the many *Johnson*,[1] *Mathis*,[2] and *Dean*[3] claims filed with this Court, and giving priority to the established due dates.

4. Additional time is also required to gather information and to fully and completely respond to the § 2255 motion.

5. The Respondent will not be requesting the production of any transcripts from the court reporter for its response.

6. Counsel for the Respondent requires an additional forty-five (45) days to prepare, review, and finalize the government's response.

7. No prior extensions of time have been requested by the Respondent. This extension is requested to allow sufficient time to prepare a complete and appropriate response to Richardson's claims and not for any purpose of delay.

---

[1] *Johnson v. United States*, 135 S.Ct. 2551 (2015).
[2] *Mathis v. United States*, 136 S. Ct. 2243 (2016).
[3] *Dean v. United States*, 137 S. Ct. 1170 (2017).

WHEREFORE the Respondent respectfully prays that it be granted up to and including March 9, 2018, to respond to Petitioner's § 2255 motion.

        Respectfully submitted,

        JOSH J. MINKLER
        United States Attorney


    By: s/James R. Wood
       James R. Wood
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on January 16, 2018, a copy of the foregoing was filed electronically and that a copy was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Michael James Richardson
Reg. No. 41001-013
USP - Tucson
Inmate Mail/Parcels
P.O. Box 24550
Tucson, AZ  85734

                                        By:    s/James R. Wood
                                                   James R. Wood
                                                   Assistant United States Attorney