UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Cause No. 1:17-cv-04472-JMS-DML |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on the Respondent's motion for a forty-five (45) day extension of time to respond to the Petitioner's motion pursuant to 28 U.S.C. § 2255. (Dkts. 1-2.)

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondent shall have to and including March 9, 2018, to file its response to the § 2255 motion.

So ORDERED this date: _____.

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification and to:
Michael James Richardson
Reg. No. 41001-013
USP - Tucson
Inmate Mail/Parcels
P.O. Box 24550
Tucson, AZ  85734