Michael Richardson
Reg. No. 41001-013
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734
Pro Se



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL JAMES RICHARDSON,<br>        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:17-cv-04472-JMS-DML<br><br><u>MOTION TO HOLD MATTER IN</u><br><u>ABEYANCE PENDING RECEIPT</u><br><u>OF NECESSARY DOCUMENTS</u> |

COMES NOW Petitioner Michael Richardson and respectfully requests that the Court stay its Order of December 12, 2017, (Document 7) setting deadlines for an answer and reply in this matter, and hold further proceedings in abeyance until such time that Petitioner has received from the Court documents that are critical to his ability to fairly argue his claims. In support of this motion, Petitioner states as follows:

1. In December of 2017, this Court received Petitioner's motion under 28 U.S.C. §2255, challenging his conviction and sentence in criminal matter No. 1:15-cr-00161-JMS. The motion included a request that the Court "Hold this matter in abeyance until 60 days after the Court has sent Movant a copy of the documents he has requested in his separately filed Motion for Copy of Case File and Transcripts." Mot. at 17.

2. Petitioner's concurrently filed Motion for Copy of Case File and Transcripts explained that he had almost no records pertaining to his case and that months of efforts to obtain documents from his former trial attorney, including no fewer than seven request letters, had proved unsuccessful. That motion explained that Petitioner had no other way to obtain documents relating to his case, and requested that the Court send to him a complete copy of all documents filed in his criminal case.

3. The Motion for Copy of Case File and Transcripts further explained that Petitioner is indigent and could not afford any fees associated with obtaining the documents above. Petitioner included evidence of his indigency and enclosed a request to proceed in forma pauperis.

4. Petitioner also requested transcripts of proceedings in his criminal case, describing how those transcripts were material to his §2255 claims and how he was unable to afford the fees to have the transcripts produced.

5. The Court has not to Petitioner's knowledge acted on his Motion for Copy of Case File and Transcripts. As previously set forth in that motion and its supporting affidavit, the requested documents and transcripts are critical to Petitioner's ability to litigate his §2255 claims. Petitioner submits that it would not comport with due process to force him to fully formulate and defend those claims without access to a record of the underlying criminal proceedings.

6. Petitioner intends to make a more definite statement of his claims once he has had an opportunity to review a full record of the proceedings below. There may be claims that he elects to abandon if it happens that the record of those proceedings does not match the personal recollections on which he was forced to base the averments in his motion. Given that Petitioner will file a more definite statement of his claims and may abandon certain claims, it is not in keeping with judicial or prosecutorial economy to require the government to reply to the current version of his §2255 motion.

WHEREFORE Petitioner respectfully requests that the Court stay its Order requiring the government to file an answer within forty-two calendar days, and hold this matter in abeyance until the Court acts upong Petitioner's Motion for Copy of Case File and Documents and provides Petitioner with the documents needed for him to have a fair opportunity to litigate his claims.

Respectfully submitted this ninth day of January, 2018.

_/s/ Michael Richards_
Michael Richardson
<u>Pro Se</u>

## CERTIFICATE OF SERVICE

I, Michael Richardson, certify that I served a true and correct copy of the foregoing MOTION TO HOLD MATTER IN ABEYANCE PENDING RECEIPT OF NECESSARY DOCUMENTS on the Respondent in this matter by submitting it to prison officials for mailing, first-class postage prepaid, addressed as follows:

> Steven DeBrota
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 10 West Market St., Suite 2100
> Indianapolis, IN 46204

In addition, I understand that Respondent is registered with the Court for electronic filing and will be served a copy of the foregoing document upon its filing by the Court.

Done this tenth day of January, 2018.

*/s/ Michael Richardson*
Michael Richardson
Pro Se