UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL JAMES RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Cause No. 1:17-cv-04472-JMS-DML |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This matter is before the Court on the Respondent's motion for a forty-five (45) day extension of time to respond to the Petitioner's motion pursuant to 28 U.S.C. § 2255. (Dkts. 1-2.)

The Court, being duly advised in the premises, now GRANTS the motion, dkt. [9], finding it to be made for good cause.

The Respondent shall have to and including March 9, 2018, to file its response to the § 2255 motion.

So ORDERED.

Date: 1/17/2018

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Electronically registered counsel of record via CM/ECF

Michael James Richardson
#41001-013
Tucson USP
P.O. Box 24550
Tucson, AZ 85734