UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL JAMES RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:17-cv-04472-JMS-DML |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**Order Granting in Part and Denying Petitioner's Motion for Copies
and Denying Motion to Stay**

Petitioner filed his Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 on December 1, 2017. On that date he also filed a motion seeking copies. That motion, dkt [4], is **granted in part and denied in part**.

The motion is **granted** to the extent that the **clerk is directed** to include a copy of the following along with petitioner's copy of this Order: 1:15-cr-161-JMS-MJD-1, criminal docket numbers 26, 31, 34-35, 38-43, 45-47, 50, 52-53, 58, and 61-64.

The motion is **denied** to the extent petitioner seeks a copy of criminal docket numbers 1, 4, 6, 8, 14-25. This is because these documents are being maintained under seal. Before copies will be mailed, petitioner must first file a motion seeking to unseal the records in *United States v. Richardson*, 1:15-cr-161-JMS-MJD-1.

The motion, dkt [4], is **denied** to the extent petitioner seeks a copy of his presentencing report. The disclosure of this report is prohibited in these circumstances by Local Criminal Rule

11-1. Petitioner should be able to view a copy of his presentence investigation through his custodian's designee.

The motion, dkt [4], is **granted** to the extent that petitioner requests the production of transcripts of the following proceedings: initial appearance on September 11, 2015; plea agreement hearing on June 9, 2016; and sentencing hearing on October 28, 2016. The Court finds that these transcripts are needed to decide an issue presented in a non-frivolous proceeding pursuant to 28 U.S.C. § 2255. *See* 28 U.S.C. § 753(f). A separate order directing the production of these transcripts shall issue in the criminal case.

The motion to stay this action, dkt [10], is **denied.** The United States shall file its response to the Order to Show Cause. If the petitioner needs additional time to file his reply he may request additional time after the response is filed.

**IT IS SO ORDERED.**

Date: 2/22/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

MICHAEL JAMES RICHARDSON
41001-013
UNITED STATES PENITENTIARY TUCSON
P.O. Box 24550
Tucson, AZ 85734

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bob.wood@usdoj.gov