UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL JAMES RICHARDSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Cause No. 1:17-cv-04472-JMS-DLP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Brian Reitz, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the Respondent.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/ Brian Reitz
Brian Reitz
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: Brian.Reitz@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on March 2, 2018, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and that a copy was mailed the following day, by first class U.S. Mail, postage prepaid and properly addressed to the following:

Michael James Richardson
Reg. No. 41001-013
USP - Tucson
P.O. Box 24550
Tucson, AZ 85734

                                                s/ Brian Reitz
                                                Brian Reitz
                                                Assistant United States Attorney
                                                Office of the United States Attorney
                                                10 W. Market St., Suite 2100
                                                Indianapolis, Indiana 46204-3048
                                                Telephone: (317) 226-6333
                                                Fax: (317) 226-6125
                                                E-mail: Brian.Reitz@usdoj.gov