ATTACHMENT A

OFFICE OF THE CLERK
CHRISTA K. BERRY, CLERK
UNITED STATES DISTRICT COURT
202 HARLOW STREET
BANGOR, MAINE 04401    FCC-TUCSON

OFFICIAL BUSINESS

THIS CORRESPONDENCE DOES NOT QUALIFY
FOR SPECIAL MAIL HANDLING

TUCSON
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
PO BOX 24550
TUCSON, AZ 85734

Opposition based on Waiver
Kentrick U-Ryan

SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE.
LEGAL MATERIAL ENCLOSED.

$0.67⁰
US POSTAGE
FIRST-CLASS
071V00775761
04401
000028893

ATTACHMENT B



On February 28, 2017 (Tuesday) Inmate Received his mail.
Senior Officer Specialist Manuel Murrieta

B1-1122

ATTACHMENT C

|            |    |                                                                                                                                                                                                                                                                                                                                                                           |
|------------|----|-----------|
|            |    | shall be docketed in the underlying criminal action, ███████ ███████████. Signed by Judge Sarah Evans Barker on 6/5/2017. Copy Mailed.(CKM) (Entered: 06/05/2017) |
| 06/05/2017 | 16 | FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58;The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT. The motion for relief pursuant to 28 U.S.C. § 2255 docketed as No. ███████ ███████████, is denied. Signed by Judge Sarah Evans Barker on 6/5/2017. Copy Mailed.(CKM) (Entered: 06/05/2017) |
| 06/26/2017 | 17 | Mail Returned as undeliverable. 16 Closed Dismissed, 15 Entry sent to ███████████████████. (Return to Sender Unable to Forward). (CKM) (Entered: 06/28/2017) |
| 08/28/2017 | 18 | NOTICE of Change of Address for ████████████████████ (Attachments: # 1 Envelope) (CKM) (Entered: 08/29/2017) |
| 08/28/2017 | 19 | MOTION for Status of Request for Attorney and Status of Case and Notice of Change of Address, filed by Petitioner ████████████ no/cs (Attachments: # 1 Envelope)(CKM) (Entered: 08/29/2017) |
| 08/30/2017 | 20 | ORDER - granting in part and denying in part 19 Motion; The foregoing is responsive to the petitioner's motion for status of the action Dkt. 19 , which is to that extent granted. The motion Dkt. 19 is denied to the extent that the petitioner seeks any substantive relief because the action was properly resolved. A copy of the Entry and Judgment docketed on June 5, 2017 shall also be included with the petitioner's copy of this Entry. Signed by Judge Sarah Evans Barker on 9/5/2017. Copies Mailed (CKM) (Entered: 09/05/2017) |
| 09/18/2017 | 21 | NOTICE OF APPEAL as to 16 Closed Dismissed, 15 Entry, filed by Petitioner ████████████████████. (No fee paid with this filing) (Attachments: # 1 Envelope)(CKM) (Entered: 09/20/2017) |
| 09/20/2017 | 22 | PARTIES' SHORT RECORD re 21 Notice of Appeal - **Instructions for Attorneys and Designation of Record information attached.** Copy sent to petitioner via US Mail. (MAT) (Entered: 09/20/2017) |
| 09/20/2017 | 23 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 21 Notice of Appeal. - **for Court of Appeals Use Only.** (MAT) (Entered: 09/20/2017) |
|            |    |  |

ATTACHMENT D

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

January 31, 2018

Diane P. Wood, *Chief Circuit Judge*
William J. Bauer, *Circuit Judge*
Ilana Diamond Rovner, *Circuit Judge*

| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, | ] Appeal from the United |
| Petitioner-Appellant, | ] States District Court |
| | ] for the Southern District |
| v. | ] of Indiana, Indianapolis |
| | ] Division. |
| UNITED STATES OF AMERICA, | ] |
| Respondent-Appellee. | ] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| | ] |
| | ] Sarah Evans Barker, |
| | ]    Judge. |

ORDER

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is REMANDED to the district court for a determination whether to reopen the time to appeal pursuant to Fed. R. App. P. 4(a)(6).

Both appellant and appellee claim that the court may treat appellant's notice of appeal as a motion to reopen the time to appeal under Fed. R. App. P. 4(a)(6). We agree. The notice of appeal explains why appellant filed an untimely appeal. We leave it to the district court, as we must, to determine whether the time to appeal should be reopened.

IT IS FURTHER ORDERED that appellee file, on or before February 28, 2018, a Status Report regarding what proceedings have taken place in the district court pursuant to this remand order.

CERTIFICATE OF SERVICE

I, Michael Richardson, certify that the foregoing Motion was served on Respondent on March 29, 2018, by submitting a copy to prison authorities for mailing, first class postage prepaid, addressed as follows:

> James Robert Wood
> U.S. Attorney's Office
> 10 West Market St.
> Suite 2100
> Indianapolis, IN 46204

Signed: _Michael Richardson_  Dated: 03-29-2018
Michael Richardson