Michael James Richardson
Register # 41001-013
U.S. Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

re: 1:17-cv-04472-JMS-DLP

May 31, 2018

To the Office of the Clerk of Court:

I am writing regarding my present §2255 motion. As the dockett will show, my response to the government was due by May 22, 2018. I am writing the Clerk to ask for assistance. I need to ask for a stay in this matter or at the least an extension. A stay is preferred due to present circumstances.

In support of my request, please note that I have not had any access to the Law Library, a typewriter, or personal assistance from any other knowledgeable person concerning the law, since April 25, 2018. As of today's date, May 31, 2018, I still do not have access, therefore it is impossible for me to properly address the governments

Page 1 of 3

May 31, 2018

response to my §2255 motion. Please observe these facts regarding my present situation:

1. On April 25, 2018, I was placed under investigation by the prison's SIS and that day housed in the SHU.

2. On that same day, Mathew Muller, an inmate who was assisting me with my response, was also placed in the SHU pending investigation, for a different matter.

3. On that same day, my copies of my §2255 motion, and much of my legal paperwork was either confiscated or thrown away and I no longer have access to it.

4. While in the SHU, I made several requests for use of the law library, none of which were answered.

5. On May 14, 2018, I wrote the Clerk asking for an extension. At least three (3) letters that I mailed while in the SHU have not reached their destination, so I must assume the letter to the Clerks office has not, either.

May 31, 2018

6. On May 24, 2018, a major disturbance occurred on the compound and several sex offenders were attacked viciously, including Inmates Nasser and Mitchell. This caused the compound to be placed on administrative lockdown.

7. On May 25, 2018, I was returned to my housing unit (discharged from the SHU after completion of the investigation.)

8. As of today, May 31, 2018, the compound is still on administrative lockdown and I still have no use of the Legal Resources.

I, therefore, respectfully ask for a stay of my proceedings and the dockett be duly noted, including this letter.

I was able to read the governments response and I do object to it in its entirety, conceding no points. I do plan a detailed response as soon as I am physically able.

Thank you for your time and consideration.

Sincerely,
*Michael J. Richardson*
Michael J. Richardson

Page 3 of 3