UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MICHAEL JAMES RICHARDSON, Petitioner, | ) | |
| v. | ) | No. 1:17-cv-04472-JMS-DLP |
| UNITED STATES OF AMERICA, Respondent. | ) | |

**Entry Discussing Statute of Limitations and Petitioner's Motion for Time**

**I. Statute of Limitations**

The United States argues that Richardson's motion is time-barred and should be summarily dismissed with prejudice on this basis. For the reasons explained below, this argument is rejected.

Specifically, the Antiterrorism and Effective Death Penalty Act of 1996 establishes a one-year statute of limitations period for § 2255 motions. 28 U.S.C. § 2255(f). For purposes of § 2255(f)(1), that period runs from "the date on which the judgment of conviction becomes final." A judgment of conviction becomes final when the conviction is affirmed on direct review or when the time for perfecting an appeal expires. *Clay v. United States*, 537 U.S. 522, 527 (2003). Here, the petitioner's judgment of conviction was **entered** on the clerk's docket on November 8, 2016 (although it was signed November 7, 2016). The petitioner did not appeal. Thus his judgment became final when the 14-day deadline for filing an appeal expired on November 22, 2016. Fed. R. App. P. 4(b)(1)(A). The last day he could have filed a timely § 2255 motion was one year later, November 22, 2017. Richardson's § 2255 motion, signed on November 22, 2017, is therefore timely.

The United States argument that the last day on which Richardson could have filed a timely § 2255 motion was November 7, 2017, is inaccurate. Richardson's motion was not untimely by fifteen days. Richardson's § 2255 is timely and not subject to dismissal on this basis.

**II. Motion for Time**

This action is not barred by the statute of limitations and Richardson's motion for time, dkt [18], is **granted.** Richardson shall have **through August 10, 2018**, in which to file his reply in support of his § 2255 motion.

**IT IS SO ORDERED.**

Date: 6/13/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

MICHAEL JAMES RICHARDSON
41001-013
UNITED STATES PENITENTIARY TUCSON
P.O. Box 24550
Tucson, AZ 85734

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
breitz@usa.doj.gov

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bob.wood@usdoj.gov