Michael James Richardson. #41001-013
U.S.P. Tucson.   Post Office Box #24550.
Tucson, Arizona.             85734

2018 JUN 11 PM 4:36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHAEL JAMES RICHARDSON  )
           Petitioner     )
                          )  CAUSE NO.
         vs.              )  1:17-CV-04472-JMS-DLP
                          )
                          )  28 USC §2255
UNITED STATES OF AMERICA  )

## MOTION FOR EXTENSION OF TIME WITH OPTION TO STAY PENDING RECOVERY OF FILE.

Comes now the Petitioner, Michael J. Richardson, pro-se in the above captioned cause, And Moves this Honorable Court for a sixty (60) day Extension of time in which to submit his reply response to the Governments opposition in response to Mr. Richardsons 28 USC §2255; and

In the alternate, Mr. Richardson urges this Honorable court to grant a stay of 60 days in which to so reply, supra.

### STATEMENT OF Procedures:

On November 22, 2017, Mr. Richardson submitted his 28 USC §2255 Petition. (co. DE. 1)

Subsequently, the Government was expected to respond on or before March 9, 2018.

-1-

Because Mr. Richardson had not received the governments' response by March 28, 2018, Mr. Richardson moved this Court for "service of the governments response and to Toll running of Reply Deadline until actual Receipt of response." (March/30/18 Entry, Civ. Dkt.)

On May 11th, 2018 Mr. Richardson had received the Governments Response, [DE. 15, Dated 3/2/18] along with this courts order authorizing Mr. Richardson an Extension to and including May 22, 2018. [DE. 17, Dated 4/10/18]

On May 14, 2018 Mr. Richardson wrote the clerk of the Court requesting a stay or extension to Reply due MR. Richardson being in Segregation Under investigation and being refused of access to law library assistance.

Not hearing from the clerk by May 30, 2018, Mr. Richardson requested a further stay or extension on May 31, 2018, as MR. Richardson had been released to general population which was under an Emergency Institutional Lockdown due a riot, and still, was without access to Law Library and assistance

-2-

As of this below signed date, this prison facility is still under semi segregated lock down, still with no access to the Law library or assistance.

Further, Mr. Richardsons Property was packed up by officers after he went to segregation and has not received all of his property which contains his legal papers, etc., and thus, can not adequately respond with out his notes and file copy of his §2255; brief and memorandum, etc.

Mr. Richardson consulted with staff today, who advised that the Prison is still trieing to solve conflict, and may be another week before property is handed out.

For all intent and purpose, Mr. Richardson hereby declares under penalty of perjury pursuant to title 28 USC §1746, that the aforementioned is true and correct as stated.

Mr. Richardson submits that the government will not be prejudiced in the granting of this Motion, as Mr. Richardson will establish that Exceptions to Procedural bar, AEDPA statute of Limitations will apply, and that the Constitutional infractions complained of

-3-

warrant relief.

Wherefore, premises considered, Mr. Richardson respectfully prays this Court grant this motion in the interest of justice and stay or extend these proceedings for sixty (60) days, to and including, August 6th, 2018.

Respectfully submitted,
On this the 5th day of June, 2018.

_Michael J. Richardson_ #41001-013  6-5-2018
Michael James Richardson. #41001-013
USP Tucson  Post Office Box #24550
Tucson Arizona.                85734.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to Title 28 USC §1746 that I have served a true copy of the foregoing upon the United States Attorney office, 10 W. Market. St., STE-2100, Indianapolis, Indiana, 46204-3048, by placing said in the hands of prison officials for mailing thereto, first class postage prepaid and properly addressed,
On this the 5 day of June 2018.

_Michael J. Richardson_ #41001-013  6-5-2018
Michael James Richardson. #41001-013
USP Tucson. P.O. Box # 24550
Tucson Arizona,              85734

-4-